IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH COEN et al.,** | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** *et al.*, | : | No. 21-4636 |
| *Defendants* | : | |

## ORDER

AND NOW, this 29th day of April, 2022, upon consideration of the United States' Motion to Dismiss for Lack of Jurisdiction Plaintiffs' Claims and Crossclaim (Doc. No. 11), Plaintiffs' Response in Opposition (Doc. No. 12), Bay Crane and Pietro Carnaghi's Response in Opposition (Doc. No. 13), the United States' reply (Doc. No. 14), this Court having held oral argument on March 24, 2022, and the United States' supplemental memorandum (Doc. No. 23), it is hereby **ORDERED** that Motion to Dismiss (Doc. No. 11) is **GRANTED IN PART** and **DENIED IN PART** as follows for the reasons set forth in the accompanying Memorandum:

1. The portions of the Complaint and Crosseclaim related to the Navy's hiring, training, and supervision decisions are **DISMISSED**;

2. The remainder of the motion is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1